UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-80403-RLR

JEFFREY BALSEWICH AND
HEATHER BALSEWICH,

    Plaintiffs,
vs.

BACKER LAW FIRM, P.A.,

    Defendant.
_____/.

**DEFENDANT'S DISCLOSURE STATEMENT
PURSUANT TO RULE 7.1, FED. R. CIV. P.**

    Defendant, BACKER LAW FIRM, P.A., hereafter states that there is no parent corporation and no publicly held corporation owning 10% or more of the stock in Backer Law Firm, P.A.

Dated: April 20, 2015.                         Respectfully submitted,

                                            By:/s/ Ryan M. Aboud, Esq.
                                              Ryan M. Aboud, Esq.
                                              Florida Bar No. 27366
                                              Ryan@BackerLawFirm.com
                                              Backer Law Firm, P.A. Firm Name
                                              400 South Dixie Highway, Suite 420
                                              Boca Raton, FL 33432
                                              Telephone: (561) 361-8535
                                              Facsimile: (561) 361-3491
                                              Attorney for Defendant,
                                              Backer Law Firm, P.A.

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on this 20th day of April, 2015 on counsel indicated in the Service List on the following page.

                                              By:/s/ Ryan M. Aboud, Esq.
                                                Ryan M. Aboud, Esq.

## SERVICE LIST

Ashley R. Eagle, Esq.
Jeffrey N. Golant, Esq.
jgolant@jeffreygolantlaw.com
aeagle@jeffreygolantlaw.com
The Law Offices of Jeffrey N. Golant, P.A.
1000 W. McNab Rd., Suite 150
Pompano Beach, FL 33069
Telephone: (954) 942-5270
Facsimile: (954) 942-5272
Attorneys for Plaintiffs,
Jeffrey Balsewich and Heather Balsewich