IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   CASE NO: 9:15-cv-80403-RLR

JEFFREY BALSEWICH and
HEATHER BALSEWICH, on
Behalf of Themselves and Others Similarly
Situated.

     Plaintiffs,

vs.

BACKER LAW FIRM, P.A.

     Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiffs Jeffrey Balsewich and Heather Balsewich and Defendant Backer Law Firm P.A., hereby give notice that the parties have reached a settlement of all the issues raised in this action. Plaintiffs request that the Court allow the parties an additional 10 days file an appropriate stipulation of dismissal, but expect to do so much sooner than that.

Respectfully Submitted,

THE LAW OFFICES OF JEFFREY N. GOLANT, P.A.
1999 N. University Drive Ste. 213
Coral Springs, FL 33069
Phone:  (954) 942-5270
Fax:    (954) 942-5272
Email:   jgolant@jeffreygolantlaw.com
By: **/S/ JEFFREY N. GOLANT ESQ.**
Fla. Bar No.: 0707732
Attorney for Plaintiffs Jeffrey and Heather Balesewich

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed using CM/ECF on July 21st, 2015 and was served upon all counsel of record by Notice of Electronic Filing generated by CM/ECF, including counsel for Defendant Backer Law Firm identified below:

Ryan M. Aboud Esq.
Backer Law Firm
400 S Dixie Highway
Suite 420 The Arbor
Boca Raton, FL 33432
Email: Ryan@BackerLawFirm.com

Gary Shendell, Esq.
Brian J. McCarthy, Esq.
SHENDELL POLLOCK, P.L.
2700 N. Military Trail
Suite 150
Boca Raton, FL 33431
Phone: 561-241-2323
Fax: 561-241-2330
E-Mail: gary@shendellpollock.com
brian@shendellpollock.com
Attorneys for Defendant Backer Law Firm P.A.

**/S/ Jeffrey Golant**